UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RONNIE HOWARD CROOK,

    Petitioner,

v.                                      Case No. 5:25cv53-TKW-HTC

GRACEVILLE CF FDOC,

    Respondent.
_____/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 7). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this §2254 habeas case should be dismissed based on Petitioner's failure to exhaust his available state remedies. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for failure to exhaust available state remedies.

      3.      The Clerk shall enter judgment in accordance with this Order and close this case.

**DONE AND ORDERED** this 5th day of May, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**